UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00375-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | O R D E R |
| | : | |
| KENDRELL ARELIAN BATTS | : | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to KENDRICK ARELIAN BATTS be changed to reflect the proper identification of the defendant as KENDRELL ARELIAN BATTS.

SO ORDERD. This **31** day of May 2018.

JAMES C. DEVER III
Chief United States District Judge