UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:17-CR-375-D1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION |
| ) | FOR LEAVE TO FILE JOINT MOTION TO |
| KENDRELL ARELLIAN BATTS, ) | CONTNUE SENTENCING |
| ) | |
| Defendant. ) | |

The Court has reviewed the Joint Motion to Continue Sentencing.

IT IS ORDERED that:

1. The joint motion is GRANTED.

2. The Clerk of Court is directed to file to proposed sealed documents as sealed.

Dated the  30  day of     August     2018.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE